**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 26, 2018.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | (CHAPTER 11) |
| | § | |
| DUNE ENERGY, INC. | § | CASE NO. 15-10336-HCM |
| DUNE OPERATING COMPANY | § | CASE NO. 15-10337-HCM |
| DUNE PROPERTIES, INC. | § | CASE NO. 15-10338-HCM |
| | § | |
| Debtors | § | (JOINTLY ADMINISTERED UNDER |
| | § | CASE NUMBER 15-10336) |
| | § | |
| DAN LAIN, PLAN TRUSTEE | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | ADVERSARY NO. 17-01044-HCM |
| MARJORIE BOWEN, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER APPROVING STIPULATION OF DISMISSAL**

Dan Lain, as Plan Trustee for the Dune Liquidating Plan Trust, ("Trustee"), and Marjorie Bowen ("Defendant) filed their Stipulation of Dismissal ("Stipulation") seeking to dismiss the above referenced adversary proceeding, with prejudice. The Court has considered the record and the Stipulation, and finds that the Stipulation is approved.

IT IS THEREFORE ORDERED that Adversary Proceeding No. 17-01044-HCM, *Dan Lain, Trustee of the Liquidating Creditor Trust v. Marjorie Bowen* is dismissed, with prejudice. The Parties shall bear their own fees and expenses.

# # #

PORTER HEDGES LLP
John F. Higgins
State Bar No. 09597500
Alison P. Henderson (*pro hac vice*)
State Bar No. 24087707
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone (713) 226-6000
Facsimile (713) 226-6248
jhiggins@porterhedges.com
ahenderson@porterhedges.com